# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FOX,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:19-cv-00146-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE; GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*; AND DIRECTING CLERK OF THE COURT TO CORRECT TITLE OF ACTION<br><br>(ECF Nos. 3, 5)<br><br>FIVE-DAY DEADINE |

This action challenging the denial of Social Security benefits was filed on February 2, 2019, by Brittany L. Keena on behalf of Laura Fox. (ECF No. 1.) Along with the complaint an application to proceed *in forma pauperis* was filed. (ECF No. 3.) On February 5, 2019, an order issued requiring Brittany L. Keena to show cause why this action should not be dismissed for lack of standing. (ECF No. 4.) A response to the order to show cause was filed on February 7, 2019. (ECF No. 5.)

**A.   Application to Proceed *In Forma Pauperis***

The Court has reviewed Plaintiff's application to proceed *in forma pauperis* and finds that it demonstrates entitlement to proceed without prepayment of fees. Plaintiff is hereby directed to paragraph 1 of the scheduling order to be issued in this action, which directs that the summons and complaint shall be served **within 20 days of the filing of the complaint.** Plaintiff

1

shall promptly file proof of service with the Court upon completion of service.

**B. Order to Show Cause**

The complaint that was filed states that Laura Fox is disabled and resides in Bakersfield, California, but contained no information as to why this action was filed by Brittany L. Keena on her behalf. (Compl. ¶¶ 4, 6, ECF No. 1.) Therefore, the Court issued an order requiring Plaintiff to show cause why this action should not be dismissed for lack of standing. (ECF No. 5.)

Plaintiff filed a response stating that Laura Fox is deceased and this action is being brought by her daughter, Brittany L. Keena, who is her successor in interest. (ECF No. 5.) The order to show cause shall be discharged as the Court finds that Brittany Keena has standing to bring this action as successor in interest to her mother.

**C. Screening Order**

Notwithstanding any filing fee, the court shall dismiss a case if at any time the Court determines that the complaint "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2); see Lopez v. Smith, 203 F.3d 1122, 1129 (9th Cir. 2000) (section 1915(e) applies to all *in forma pauperis* complaints, not just those filed by prisoners); Calhoun v. Stahl, 254 F.3d 845 (9th Cir. 2001) (dismissal required of *in forma pauperis* proceedings which seek monetary relief from immune defendants); Cato v. United States, 70 F.3d 1103, 1106 (9th Cir. 1995) (district court has discretion to dismiss *in forma pauperis* complaint under 28 U.S.C. § 1915(e)); Barren v. Harrington, 152 F.3d 1193 (9th Cir. 1998) (affirming sua sponte dismissal for failure to state a claim). The Court exercises its discretion to screen the plaintiff's complaint in this action to determine if it "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2).

As discussed above, Plaintiff's complaint states that she is disabled and resides in Bakersfield. However, the response to the order to show cause states that Plaintiff is deceased. (See County of Kern Certificate of Death, dated December 1, 2016, ECF No. 5 at 7.) Further, the complaint alleges that this action is brought to appeal a final decision denying Laura Fox's

claim. (Compl. ¶ 2.) However, in the order to show cause response, Plaintiff states that this action is brought to appeal the underpayment of benefits. (ECF No. 5 at 2, 4-5.)

Accordingly, the Court finds that Plaintiff's complaint is insufficient to adequately place the defendant on notice of the claims raised in this action. Accordingly, Plaintiff shall be required to file an amended complaint that properly alleges that this action is being brought by the successor in interest challenging an underpayment in benefits.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;
2. The order to show cause filed February 5, 2018 is DISCHARGED;
3. Plaintiff shall file an amended complaint within five days of the date of entry of this order correcting the deficiencies identified; and
4. The Clerk of Court is DIRECTED to correct the docket in this action to reflect that it is brought by Brittany L. Keena as successor in interest to Laura Fox.

IT IS SO ORDERED.

Dated: **February 8, 2019**

UNITED STATES MAGISTRATE JUDGE

3