# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FOX,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-00146-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 6)<br><br>FIVE DAY DEADLINE |

       Plaintiff filed this action on February 2, 2019. (ECF No. 1.) On February 5, 2019, an order issued requiring Plaintiff to show cause why this action should not be dismissed for lack of standing. (ECF No. 4.) Plaintiff filed a response to the order to show cause on February 7, 2019. (ECF No. 5.) On February 11, 2019, an order issued discharging an order to show cause and requiring Plaintiff to file an amended complaint in this action within five days. (ECF No. 6.) More than five days have passed and Plaintiff has not filed an amended complaint or otherwise responded to the Court's order.

       Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate,

including dismissal of the action.  Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause in writing within **five (5) days** why this action should not be dismissed for failure to comply with the February 11, 2019 order.  Plaintiff is advised that failure to respond to this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **February 21, 2019**

UNITED STATES MAGISTRATE JUDGE