# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FOX,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-00146-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING PLAINTIFF TO FILE AMENDED COMPLAINT USING CORRECT DOCKET ENTRY<br><br>(ECF Nos. 7, 8)<br><br>DEADLINE: FEBRUARY 25, 2019 |

On February 11, 2019, an order issued requiring Plaintiff to file an amended complaint within five days. (ECF No. 6.) After Plaintiff failed to file an amended complaint in compliance with the order, on February 21, 2019, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to comply. (ECF No. 7.) On this same date, Plaintiff filed a document entitled "Amended Complaint/Order to Show Cause/Nunc Pro Tunc". (ECF No. 8.)

Based on Plaintiff's response, the order to show cause shall be discharged, however, counsel is admonished that more care should be demonstrated in reading orders issued by the Court.

In filing the amended complaint and response to the order to show cause, Plaintiff entered the document on the docket as "Motion to Amend". (ECF No. 8.) Plaintiff shall refile the

1

amended complaint selecting the correct docket entry "Amended Complaint".

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The order to show cause filed February 21, 2019, is DISCHARGED; and
2. Plaintiff shall file her amended complaint on or before February 25, 2019.

IT IS SO ORDERED.

Dated: __**February 22, 2019**__

UNITED STATES MAGISTRATE JUDGE