# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FOX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00146-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO ISSUE SUMMONSES AND NEW CASE DOCUMENTS<br><br>(ECF No. 11) |

On February 28, 2019, Plaintiff filed a first amended complaint. (ECF No. 11.) Plaintiff is hereby directed to paragraph 1 of the scheduling order to be issued in this action, which directs that the summons and complaint shall be served within 20 days of the filing of the complaint. Plaintiff shall promptly file proof of service with the Court upon completion of service.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to issue the summonses and new case documents in this matter; and
2. Plaintiff's application to proceed in this action without prepayment of fees has been granted and the United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated: **March 6, 2019**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE