# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FOX,<br><br>   Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:19-cv-00146-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 30, 31, 32) |

  Plaintiff Laura Fox ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On December 11, 2019, the magistrate judge filed a findings and recommendations. (ECF No. 30.) The findings and recommendations recommended Plaintiff's appeal of the decision of the Commissioner be granted and the action be remanded for further administrative proceedings. The findings and recommendations was served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days from the date of service. On December 16, 2019, Defendant filed objections to the findings and recommendations. (ECF No. 31.) On December 27, 2019, Plaintiff filed a response to Defendant's objections. (ECF No. 32.)

1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
2 | *de novo* review of this case. Having carefully reviewed the entire file, including the filed
3 | objections, the court finds the findings and recommendations to be supported by the record and
4 | by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed December 11, 2019 (ECF No. 30), is ADOPTED IN FULL; and

2. Plaintiff's appeal of the decision of the Commissioner is GRANTED and the action is REMANDED for further administrative proceedings.

IT IS SO ORDERED.

Dated: **January 29, 2020**      /s/ Lawrence J. O'Neill
                            UNITED STATES DISTRICT JUDGE