# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FOX,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00146-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE RESPONSE TO MOTION FOR ATTORNEY FEES<br><br>DEADLINE: FEBRUARY 23, 2020 |

On January 30, 2020, an order issued granting Laura Fox's ("Plaintiff") Social Security appeal and judgment was entered against the Commissioner of Social Security ("Defendant"). On February 19, 2020, a motion for attorney fees was filed. The motion is titled "Motion with Stipulation for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act" and it contains an electronic signature of defense counsel. However, nowhere in the body of the motion is it stated that the parties have stipulated to the award of attorney fees. It would appear that this might be intended to be the stipulation of the parties for an award of attorney fees, but the document itself is somewhat ambiguous. Counsel is advised that if the parties are stipulating to the award of attorney fees, a motion in not necessary and a stipulation signed by both parties may be filed. See Chonsoongnern v. Comm. of Soc. Sec., no. 1:19-cv-00347-SAB (E.D. Cal. Jan. 23, 2020).

/ / /

1

Accordingly, on or before **February 24, 2020**, Defendant shall file a statement of non-opposition to the motion for attorney fees or a notice of intent to oppose the motion for attorney fees.

IT IS SO ORDERED.

Dated: **February 20, 2020**

UNITED STATES MAGISTRATE JUDGE