| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FOX, | No. 1:19-cv-00146-LJO-SAB |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY FEES |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. Nos. 35, 37, 38) |
| Defendant. | |

On January 30, 2020, the court granted Plaintiff Laura Fox's appeal of the final decision of the Social Security Commissioner's denial of benefits, and judgment was entered against the Commissioner. (Doc. Nos. 33, 34.) On February 19, 2020, plaintiff filed a motion for attorney fees. (Doc. No. 35.) Finding that plaintiff's motion was ambiguous as to whether the Commissioner was stipulating to the award of attorney fees, the magistrate judge issued an order requiring the Commissioner to file a response to the motion for attorney fees. (Doc. No. 36.)

On February 21, 2020, plaintiff filed a stipulation for the award of attorney fees. (Doc. No. 37.) However, that document again appears to be a motion (rather than a stipulation) for attorney fees, as it again is ambiguous as to whether the Commissioner has stipulated to the award. On February 25, 2020, the Commissioner filed a response to plaintiff's motion. (Doc. No. 38.)

Plaintiff's original motion and subsequent "stipulation" inconsistently state that plaintiff

1

is seeking an award of $6,983.86 and $6,903.86 for her services in this action.  (Doc. No. 35 at 1–2; Doc. No. 37 at 1–2.)  However, the Commissioner's response clarifies that the parties have stipulated to an award of $6,903.86 for the services of plaintiff's counsel in this matter.  (Doc. No. 38.)

Based on the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for attorney fees (Doc. No. 35) is GRANTED; and
2. Attorney fees in the amount of six thousand nine hundred three dollars and eighty six cents ($6,903.86) are awarded to plaintiff pursuant to the stipulation.

IT IS SO ORDERED.

Dated:  **February 25, 2020**

_____
UNITED STATES DISTRICT JUDGE